IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS and ST. JOHN

| UNITED STATES OF AMERICA | INDICTMENT |
|---|---|
| v. | CRIMINAL NO. 2014- 54 |
| SHERRYMAE MORALES, | Thief of Public Money: 18 U.S.C. § 666(a) |
| Defendant. | Wire Fraud 18 U.S.C. § 1343 |
| | False Statement 18 U.S.C. § 1001(a)(3) |



THE GRAND JURY CHARGES THAT:

COUNT ONE
[Embezzlement of Public Money]

From on or about March 7, 2010, to on or about June 30, 2010, at St. Croix, in the District of the Virgin Islands, the defendant,

**SHERRYMAE MORALES,**

an employee of the Virgin Islands National Guard ("VING") an organization receiving in excess of $10,000 under a federal program in any one year period, did embezzle, steal, obtain by fraud or otherwise without authority, knowingly converted to her own use monies equaling $5,000 or more that was under the care custody and control of the VING, that is, defendant submitted payroll documents authorizing defendant to receive salary for forty hours worked per week as an employee of the VING in any given work week while she also submitted and certified payroll documents for the same forty hours worked as an employee of the Military Personnel Services Corporation where defendant worked as a full time contract employee stationed at the VING.

In violation of Title 18, United States Code, Section 666(a).

**THE GRAND JURY CHARGES THAT:**

<u>COUNT TWO</u>
[Embezzlement of Public Money]

From on or about September 20, 2010, to on or about July 13, 2011, at St. Croix, in the District of the Virgin Islands, the defendant,

**SHERRYMAE MORALES,**

an employee of the Virgin Islands National Guard ("VING") an organization receiving in excess of $10,000 under a federal program in any one year period, did embezzle, steal, obtain by fraud or otherwise without authority, knowingly converted to her own use monies equaling $5,000 or more that was under the care custody and control of the VING, that is, defendant submitted payroll documents authorizing defendant to receive salary for forty hours worked per week as an employee of the VING in any given work week while she also submitted and certified payroll documents for the same forty hours worked as a full time contract employee of the Military Personnel Services Corporation stationed at the VING.

In violation of Title 18, United States Code, Section 666(a).

**THE GRAND JURY CHARGES THAT:**

## COUNT THREE THROUGH THIRTY-SIX
[Wire Fraud]

From on or about March 12, 2010, to on or about July 13, 2011, at St. Croix, in the District of the Virgin Islands, the defendant,

**SHERRYMAE MORALES,**

did knowingly devise and intend to devise a scheme and artifice to defraud and to obtain money, and property by means of false and fraudulent pretenses, representations and promises, and caused to be transmitted by means of wire communications in interstate commerce, an electronic funds transfer of funds, described below for each count from the Virgin Islands National Guard to defendant's checking account number XXXX8022 at USAA Federal Saving Bank, San Antonio Texas, each transmission constituting a separate count as specified below:

| COUNT | DATE | ACCOUNT NO. | AMOUNT OF WIRE |
|---|---|---|---|
| 3 | April 7, 2010 | XXXX8022 | $ 1,389.58 |
| 4 | April 21, 2010 | XXXX8022 | $ 2,404.40 |
| 5 | May 5, 2010 | XXXX8022 | $ 3,417.40 |
| 6 | May 19, 2010 | XXXX8022 | $ 3,037.08 |
| 7 | June 2, 2010 | XXXX8022 | $ 3,037.08 |
| 8 | June 16, 2010 | XXXX8022 | $ 3,037.08 |
| 9 | June 30, 2010 | XXXX8022 | $ 3,037.09 |
| 10 | July 14, 2010 | XXXX8022 | $ 3,037.08 |
| 11 | July 28, 2010 | XXXX8022 | $ 3,037.08 |
| 12 | August 11, 2010 | XXXX8022 | $ 3,037.08 |
| 13 | August 25, 2010 | XXXX8022 | $ 3,037.08 |
| 14 | September 8, 2010 | XXXX8022 | $ 3,037.08 |
| 15 | September 22, 2010 | XXXX8022 | $ 3,037.08 |
| 16 | October 6, 2010 | XXXX8022 | $ 3,037.09 |
| 17 | October 20, 2010 | XXXX8022 | $ 3,037.08 |
| 18 | November 3, 2010 | XXXX8022 | $ 3,037.08 |
| 19 | November 17, 2010 | XXXX8022 | $ 3,037.08 |
| 20 | December 1, 2010 | XXXX8022 | $ 3,037.08 |
| 21 | December 15, 2010 | XXXX8022 | $ 2,985.08 |
| 22 | December 29, 2010 | XXXX8022 | $ 2,985.08 |

| 23 | January 12, 2011 | XXXX8022 | $ | 3,026.55 |
| --- | --- | --- | --- | --- |
| 24 | January 26, 2011 | XXXX8022 | $ | 3,037.02 |
| 25 | February 9, 2011 | XXXX8022 | $ | 3,037.03 |
| 26 | February 23, 2011 | XXXX8022 | $ | 3,037.03 |
| 27 | March 9, 2011 | XXXX8022 | $ | 3,037.02 |
| 28 | March 23, 2011 | XXXX8022 | $ | 3,037.02 |
| 29 | April 6, 2011 | XXXX8022 | $ | 3,037.02 |
| 30 | April 20, 2011 | XXXX8022 | $ | 3,037.03 |
| 31 | May 4, 2011 | XXXX8022 | $ | 3,037.02 |
| 32 | May 18, 2011 | XXXX8022 | $ | 3,037.02 |
| 33 | June 1, 2011 | XXXX8022 | $ | 2,738.43 |
| 34 | June 15, 2011 | XXXX8022 | $ | 4,751.01 |
| 35 | June 29, 2011 | XXXX8022 | $ | 8,455.75 |
| 36 | July 13, 2011 | XXXX8022 | $ | 31,123.43 |

In violation of Title 18, United States Code, Section 1343.

**THE GRAND JURY FURTHER CHARGES THAT:**

<u>COUNT THIRTY-SEVEN</u>
[False Entries]

That from on or about March 29, 2010, to on or about June 30, 2010, at St. Croix, in the District of the Virgin Islands, the defendant,

**SHERRYMAE MORALES,**

did willfully and knowingly make and cause to be made, and use and cause to be used, in a matter within the jurisdiction of a department or agency of the United States, a false writing or document, knowing the same to contain a materially false, fictitious and fraudulent statement; that is: defendant made or cause to be made, payroll timesheets of the VING, authorizing payments to her as wages, well knowing and believing that she was not authorized to received said wages.

In violation of Title 18, United States Code, Section 1001(a)(3).

**THE GRAND JURY FURTHER CHARGES THAT:**

## COUNT THIRTY-EIGHT
### [False Entries]

That from on or about September 20, 2010, to on or about June 4, 2011, at St. Croix, in the District of the Virgin Islands, the defendant,

**SHERRYMAE MORALES,**

did willfully and knowingly make and cause to be made, and use and cause to be used, in a matter within the jurisdiction of a department or agency of the United States, a false writing or document, knowing the same to contain a materially false, fictitious and fraudulent statement; that is: defendant made or cause to be made, payroll timesheets of the VING, authorizing payments to her as wages, well knowing and believing that she was not authorized to received said wages.

In violation of Title 18, United States Code, Section 1001(a)(3).

United States v. Sherrymae Morales
USAO No. 2012R00365
Indictment

The Grand Jury returned a TRUE BILL

RONALD W. SHARPE
UNITED STATES ATTORNEY

By: _____
EVERARD E. POTTER
ASSISTANT UNITED STATES ATTORNEY

DISTRICT OF THE VIRGIN ISLANDS:  December 4, 2014

Returned into the District Court by Grand Jurors and filed.

_____
GEOFFREY W. BARNARD
MAGISTRATE JUDGE