IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 2014-54 |
| ) | |
| v. ) | |
| ) | |
| SHERRYMAE MORALES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## UNITED STATES' WITNESS LIST

1. Baron Highnite, Military Personnel Services Corp.

2. Diane Mathis, USAA Federal Savings Bank

3. Elton Lewis, Brigadier General, VI National Guard

4. MG Renaldo Riviera, TAG

5. Kai A. Schjang, Human Resources Director, VI National Guard

6. Dezerene Lescott

7. Colonel Linda, Cills, Chief of Staff

8. Col. Deborah Lobbenmeick, Custodian of Records, VI National Guard

9. MG Marise James, VI National Guard

10. Aubrey Ruan, VI National Guard

Respectfully submitted,

RONALD W. SHARPE
UNITED STATES ATTORNEY

Dated:  June 29, 2015         By:   /s/Everard E. Potter_____
                                    Everard E. Potter
                                    Assistant United States Attorney
                                    5500 Veterans Drive, Suite 260
                                    St. Thomas U.S. Virgin Islands 00802-6424
                                    Everard.Potter@usdoj.gov

<u>USA v. Sherrymae Morales</u>
Cr. No. 2014-54
United States' Witness List
Page 2

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on <u>June 29, 2015</u>, I electronically filed the foregoing United States' Witness List with the Clerk of the Court using the CM/ECF system which will send notice of such filing to:

Omodare B. Jupiter, Esq.
Federal Public Defender
Division of St. Croix
1115 Strand Street, Suite 201
Christiansted, VI 00820-5073
Email: Omodare_Jupiter@fd.org

                                                            /s/ Everard E. Potter
                                                            Everard E. Potter
                                                            Assistant United States Attorney