## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | CRIMINAL NO. 2014-54 |
| | ) | |
| v. | ) | |
| | ) | |
| SHERRYMAE MORALES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## UNITED STATES' EXHIBIT LIST

| EXH. NO. | DESCRIPTION OF EXHIBITS | OFFERED | ADMITTED |
| --- | --- | --- | --- |
| | **Exhibit 1 – National Guard Virgin Islands (NGVI) Personnel Records** | | |
| 1.1 | Morales' Appointment Letter to the Army National Guard, dated Feb 23, 2010 | | |
| 1.2 | SF-50 dated Mar 7, 2010 | | |
| 1.3 | SF-50 dated Apr 4, 2010 – GS12/3 to GS12/10 | | |
| 1.4 | Memo dated March 5, 2010 from COL Elton Lewis, Increase GS 12/10 | | |
| 1.5 | Memo dated March 16, 2010 from LTC Kai Schjang, Morales Ineligible for GS 12/10 | | |
| 1.6 | NGVI Indefinite Announcement No. 11-10, dated March 30, 2010 | | |
| 1.7 | Referral and Selection Certificate No. 11-10, Selecting Morales | | |
| 1.8 | Morales' Resume | | |
| 1.9 | Intent to Deny Security Clearance Letter, dated January 18, 2011 | | |
| 1.10 | Separation Orders 118-500, dated April 28, 2011 | | |
| 1.11 | Termination of Military Membership, dated May 2, 2011 | | |
| 1.12 | Severance Detail, dated July 5, 2011 | | |
| 1.13 | Direct Deposit Sign-Up Form | | |

USA v. Sherrymae Morales
Cr. No. 2014-54
United States' Exhibit List
Page 2

|  | **Exhibit 2 – NGVI Timesheets** | | |
|---|---|---|---|
| **2.1** | NGVI Timesheets in Total | | |
| **2.2** | NGVI Timesheet Pay Period Ending March 27, 2010 | | |
| **2.3** | NGVI Timesheet Pay Period Ending April 10, 2010 | | |
| **2.4** | NGVI Timesheet Pay Period Ending April 24, 2010 | | |
| **2.5** | NGVI Timesheet Pay Period Ending May 8, 2010 | | |
| **2.6** | NGVI Timesheet Pay Period Ending May 22, 2010 | | |
| **2.7** | NGVI Timesheet Pay Period Ending June 5, 2010 | | |
| **2.8** | NGVI Timesheet Pay Period Ending June 19, 2010 | | |
| **2.9** | NGVI Timesheet Pay Period Ending July 3, 2010 | | |
| **2.10** | NGVI Timesheet Pay Period Ending July 17, 2010 | | |
| **2.11** | NGVI Timesheet Pay Period Ending October 9, 2010 | | |
| **2.12** | NGVI Timesheet Pay Period Ending October 23, 2010 | | |
| **2.13** | NGVI Timesheet Pay Period Ending November 6, 2010 | | |
| **2.14** | NGVI Timesheet Pay Period Ending November 20, 2010 | | |
| **2.15** | NGVI Timesheet Pay Period Ending December 4, 2010 | | |
| **2.16** | NGVI Timesheet Pay Period Ending December 18, 2010 | | |
| **2.17** | NGVI Timesheet Pay Period Ending January 1, 2011 | | |
| **2.18** | NGVI Timesheet Pay Period Ending January 15, 2011 | | |
| **2.19** | NGVI Timesheet Pay Period Ending January 29, 2011 | | |

USA v. Sherrymae Morales
Cr. No. 2014-54
United States' Exhibit List
Page 3

| | | | |
|---|---|---|---|
| **2.20** | NGVI Timesheet Pay Period Ending February 12, 2011 | | |
| **2.21** | NGVI Timesheet Pay Period Ending February 26, 2011 | | |
| **2.22** | NGVI Timesheet Pay Period Ending March 12, 2011 | | |
| **2.23** | NGVI Timesheet Pay Period Ending March 26, 2011 | | |
| **2.24** | NGVI Timesheet Pay Period Ending April 9, 2011 | | |
| **2.25** | NGVI Timesheet Pay Period Ending April 23, 2011 | | |
| **2.26** | NGVI Timesheet Pay Period Ending May 7, 2011 | | |
| **2.27** | NGVI Timesheet Pay Period Ending May 21, 2011 | | |
| **2.28** | NGVI Timesheet Pay Period Ending June 4, 2011 | | |
| **2.29** | NGVI Timesheet Pay Period Ending June 18, 2011 (Severance) | | |
| **2.30** | NGVI Timesheet Pay Period Ending July 2, 2011 (Severance) | | |
| | **Exhibit 3 – Defense Finance & Accounting Services (DFAS) Records** | | |
| **3a** | Certification by DFAS | | |
| **3.1** | DFAS Records in Total | | |
| **3.2** | Pay Period Ending March 27, 2010 | | |
| **3.3** | Pay Period Ending April 10, 2010 | | |
| **3.4** | Pay Period Ending April 24, 2010 | | |
| **3.5** | Pay Period Ending May 8, 2010 | | |
| **3.6** | Pay Period Ending May 22, 2010 | | |
| **3.7** | Pay Period Ending June 5, 2010 | | |
| **3.8** | Pay Period Ending June 19, 2010 | | |
| **3.9** | Pay Period Ending July 3, 2010 | | |

USA v. Sherrymae Morales
Cr. No. 2014-54
United States' Exhibit List
Page 4

| | | | |
|---|---|---|---|
| **3.10** | Pay Period Ending July 17, 2010 | | |
| **3.11** | Pay Period Ending October 9, 2010 | | |
| **3.12** | Pay Period Ending October 23, 2010 | | |
| **3.13** | Pay Period Ending November 6, 2010 | | |
| **3.14** | Pay Period Ending November 20, 2010 | | |
| **3.15** | Pay Period Ending December 4, 2010 | | |
| **3.16** | Pay Period Ending December 18, 2010 | | |
| **3.17** | Pay Period Ending January 1, 2011 | | |
| **3.18** | Pay Period Ending January 15, 2011 | | |
| **3.19** | Pay Period Ending January 29, 2011 | | |
| **3.20** | Pay Period Ending February 12, 2011 | | |
| **3.21** | Pay Period Ending February 26, 2011 | | |
| **3.22** | Pay Period Ending March 12, 2011 | | |
| **3.23** | Pay Period Ending March 26, 2011 | | |
| **3.24** | Pay Period Ending April 9, 2011 | | |
| **3.25** | Pay Period Ending April 23, 2011 | | |
| **3.26** | Pay Period Ending May 7, 2011 | | |
| **3.27** | Pay Period Ending May 21, 2011 | | |
| **3.28** | Pay Period Ending June 4, 2011 | | |
| **3.29** | Pay Period Ending June 18, 2011 (Severance) | | |
| **3.30** | Pay Period Ending July 2, 2011 (Severance) | | |
| | **Exhibit 4 – NGVI Travel Orders** | | |

USA v. Sherrymae Morales
Cr. No. 2014-54
United States' Exhibit List
Page 5

| | | | |
|---|---|---|---|
| **4.1** | Orders 134-002, dated May 14, 2010 | | |
| **4.2** | Orders 148-006, dated May 28, 2010 | | |
| **4.3** | Orders 228-041, dated August 16, 2010 | | |
| **4.4** | Orders 286-013, dated October 13, 2010 | | |
| **4.5** | Orders 021-009, dated January 21, 2011 | | |
| **4.6** | Orders 059-011, dated February 28, 2011 | | |
| **4.7** | Orders 364-006, dated December 30, 2010 | | |
| | **Exhibit 5 – Military Personnel Services Corporation (MPSC) Personnel File** | | |
| **5a** | Certification by MPSC | | |
| **5.1** | Letter Identifying Morales' Dates of Employment MPSC, dated August 16, 2011 | | |
| **5.2** | Morales' Undated Letter of Resignation, Effective June 20, 2010 | | |
| **5.3** | Morales Letter of Resignation, dated June 20, 2011, Effective July 1, 2011 | | |
| **5.4** | MPSC Employee Handbook | | |
| **5.5** | Email from Morales re employment status | | |
| **5.6** | Email from Morales re use of military rank | | |
| | **Exhibit 6 – MPSC Electronically Certified Timesheets** | | |
| **6.1** | MPSC Timesheets in Total | | |
| **6.2** | MPSC Timesheet Pay Period Ending March 20, 2010 | | |
| **6.3** | MPSC Timesheet Pay Period Ending April 3, 2010 | | |
| **6.4** | MPSC Timesheet Pay Period Ending April 17, 2010 | | |
| **6.5** | MPSC Timesheet Pay Period Ending May 1, 2010 | | |
| **6.6** | MPSC Timesheet Pay Period Ending May 15, 2010 | | |
| **6.7** | MPSC Timesheet Pay Period Ending May 29, 2010 | | |

USA v. Sherrymae Morales
Cr. No. 2014-54
United States' Exhibit List
Page 6

| | | | |
|---|---|---|---|
| **6.8** | MPSC Timesheet Pay Period Ending June 12, 2010 | | |
| **6.9** | MPSC Timesheet Pay Period Ending June 26, 2010 | | |
| **6.10** | MPSC Timesheet Pay Period Ending June 30, 2010 (Switched to Bi-Monthly Pay Periods) | | |
| **6.11** | MPSC Timesheet Pay Period Ending September 30, 2010 | | |
| **6.12** | MPSC Timesheet Pay Period Ending October 15, 2010 | | |
| **6.13** | MPSC Timesheet Pay Period Ending October 31, 2010 | | |
| **6.14** | MPSC Timesheet Pay Period Ending November 15, 2010 | | |
| **6.15** | MPSC Timesheet Pay Period Ending November 30, 2010 | | |
| **6.16** | MPSC Timesheet Pay Period Ending December 15, 2010 | | |
| **6.17** | MPSC Timesheet Pay Period Ending December 31, 2010 | | |
| **6.18** | MPSC Timesheet Pay Period Ending January 15, 2011 | | |
| **6.19** | MPSC Timesheet Pay Period Ending January 31, 2011 | | |
| **6.20** | MPSC Timesheet Pay Period Ending February 15, 2011 | | |
| **6.21** | MPSC Timesheet Pay Period Ending February 28, 2011 | | |
| **6.22** | MPSC Timesheet Pay Period Ending March 15, 2011 | | |
| **6.23** | MPSC Timesheet Pay Period Ending March 31, 2011 | | |

| | | | |
|---|---|---|---|
| **6.24** | MPSC Timesheet Pay Period Ending April 15, 2011 | | |
| **6.25** | MPSC Timesheet Pay Period Ending April 30, 2011 | | |
| **6.26** | MPSC Timesheet Pay Period Ending May 15, 2011 | | |
| **6.27** | MPSC Timesheet Pay Period Ending May 31, 2011 | | |
| **6.28** | MPSC Timesheets Pay Periods Ending June 15, 2011 through July 15, 2011 | | |
| | **Exhibit 7 – MPSC Travel Expense Reports** | | |
| **7.1** | MPSC Expense Report No ER00052242 for travel January 31 through February 4, 2011 | | |
| **7.2** | MPSC Expense Report No. ER00056218 for travel May 2, 2011 through May 5, 2011 | | |
| | **Exhibit 8 – Military Personnel Services Corporation Contract** | | |
| **8.1** | Contract Number W9133L-10-F-0093, dated March 31, 2010 – Period of Performance March 31, 2010 through August 30, 2010 | | |
| **8.2** | Contract Number W9133L-10-F-0237, dated August 31, 2010 – Period of Performance August 31, 2010 through August 30, 2011 | | |
| | **Exhibit 9 – USAA Records** | | |
| **9.1** | USAA Records in Total | | |
| **9.2** | Signature Card | | |
| **9.3** | USAA Statement Dated March 11, 2010 | | |
| **9.4** | USAA Statement Dated April 12, 2010 | | |
| **9.5** | USAA Statement Dated May 11, 2010 | | |
| **9.6** | USAA Statement Dated June 11, 2010 | | |
| **9.7** | USAA Statement Dated July 12, 2010 | | |
| **9.8** | USAA Statement Dated August 11, 2010 | | |
| **9.9** | USAA Statement Dated September 10, 2010 | | |
| **9.10** | USAA Statement Dated October 12, 2010 | | |
| **9.11** | USAA Statement Dated November 10, 2010 | | |

<u>USA v. Sherrymae Morales</u>
Cr. No. 2014-54
United States' Exhibit List
Page 8

| | | | |
|---|---|---|---|
| **9.12** | USAA Statement Dated December 10, 2010 | | |
| **9.13** | USAA Statement Dated January 12, 2011 | | |
| **9.14** | USAA Statement Dated February 9, 2011 | | |
| **9.15** | USAA Statement Dated March 11, 2011 | | |
| **9.16** | USAA Statement Dated April 12, 2011 | | |
| **9.17** | USAA Statement Dated May 11, 2011 | | |
| **9.18** | USAA Statement Dated June 10, 2011 | | |
| **9.19** | USAA Statement Dated July 12, 2011 | | |
| **9.20** | USAA Statement Dated August 11, 2011 | | |
| **9.21** | USAA ACH Research Barnes – wire summary | | |
| | **Exhibit 10** | | |
| **10.0** | Email dated April 12, 2010 – Volunteer Capacity for ESGR | | |
| | **Exhibit 11** | | |
| **11.0** | Monthly Report – May 2011 from Dazarene Lescott | | |
| | **Exhibit 12** | | |
| **12.0** | MAJ James Legal Summary | | |

                                            Respectfully submitted,

                                            RONALD W. SHARPE
                                            UNITED STATES ATTORNEY

Dated: June 29, 2015            By:   <u>/s/Everard E. Potter             </u>
                                                        Everard E. Potter
                                                        Assistant United States Attorney
                                                        District of the Virgin Islands
                                                        5500 Veterans Drive, Suite 260
                                                        St. Thomas U.S. Virgin Islands 00802-6424
                                                        Tel: (340) 774-5757
                                                        Fax: (340) 776-3474
                                                        Everard.Potter@usdoj.gov

<u>USA v. Sherrymae Morales</u>
Cr. No. 2014-54
United States' Exhibit List
Page 9

## **<u>CERTIFICATE OF SERVICE</u>**

   I HEREBY CERTIFY that on <u>June 29, 2015</u>, I electronically filed the foregoing United States' Exhibit List with the Clerk of the Court using the CM/ECF system which will send notice of such filing to:

Omodare B. Jupiter, Esq.
Federal Public Defender
Division of St. Croix
1115 Strand Street, Suite 201
Christiansted, VI 00820-5073
Email: Omodare_Jupiter@fd.org

                /s/ Everard E. Potter
                Everard E. Potter
                Assistant United States Attorney