IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| PLAINTIFF, ) | |
| V. ) | CRIM. NO. 14-54 |
| SHERRYMAE MORALES, ) | |
| DEFENDANT. ) | |

## DEFENDANT'S EXHIBIT LIST

NOW COMES defendant, Sherrymae Morales, through undersigned counsel, and respectfully submits the following Exhibit List.

| **EXHIBIT NO.** | **DESCRIPTION** |
|---|---|
| 1. | September 27, 2010- Baron Hignite Email |
| 2. | January 31—February 4, 2011 Leave Request |
| 3. | May 23—May 30, 2011 Leave Request |
| 4. | Employee Support to Guard and Reserve Presentation |
| 5. | 2010 Virgin Islands National Guard Leadership Conference Brochure |
| 6. | January 11, 2011 Travel Request Documents |

        Respectfully submitted,
        OMODARE JUPITER
        Federal Public Defender

        /s/ Omodare Jupiter
        Federal Public Defender
        1115 Strand Street
        Christiansted, VI 00820
        E-mail: omodare_jupiter@fd.org
        Tel: 340-773-3585
        Fax: 340-774-7683

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on the 29th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Everard Potter
United States Attorney's Office
Federal Building & U.S. Courthouse
5500 Veterans Drive, Suite 260
St. Thomas, VI 00802
everard.potter@usdoj.gov

        /s/ Omodare Jupiter