IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                      )<br>            PLAINTIFF,              )<br>                                                      )<br>      V.                                          )           CRIM. NO. 14-54<br>                                                      )<br> SHERRYMAE MORALES,           )<br>                                                      )<br>            DEFENDANT.           )<br> _____) | |

### DEFENDANT'S  WITNESS LIST

NOW COMES defendant, Sherrymae Morales, through undersigned counsel, and respectfully submits the following names as witnesses.

### WITNESS NAME

Ms. Deidre Clark

Ms. Wanda Williams

Ms. Mona Barnes

Ms. Tyree Castillo

Ms. Zera Louis

Ms. Janice Alleyne

Mr. Kenneth Alleyne

        Respectfully submitted,
        OMODARE JUPITER
        Federal Public Defender

        /s/ Omodare Jupiter_
        Federal Public Defender
        1115 Strand Street
        Christiansted, VI 00820
        E-mail: omodare_jupiter@fd.org
        Tel: 340-773-3585
        Fax: 340-774-7683

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on the 29th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Everard Potter
United States Attorney's Office
Federal Building & U.S. Courthouse
5500 Veterans Drive, Suite 260
St. Thomas, VI 00802
everard.potter@usdoj.gov

        /s/ Omodare Jupiter___