```
           DISTRICT COURT OF THE VIRGIN ISLANDS
           DIVISION OF ST. THOMAS AND ST. JOHN
```

UNITED STATES OF AMERICA,  )
                           )
           Plaintiff,      )
                           )
      v.                   )    2014-cr-54
                           )
SHERRYMAE MORALES,         )
                           )
           Defendant.      )
_____)

ATTORNEYS:

**Ronald Sharpe, United States Attorney**
**Everard E. Potter, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
    *For the plaintiff,*

**Gabriel J. Villegas, Federal Public Defender**
**Omodare B. Jupiter, Assistant Public Defender**
Office of the Federal Public Defender
St. Thomas, U.S.V.I.
    *For the defendant.*

VERDICT FORM

**Count 1.**

   As to Count One, theft from a program receiving federal
   funds, from on or about March 7, 2010, to on or about June
   30, 2010, as charged in the Indictment, we find the
   defendant, Sherrymae Morales,



        ___X___                       _____
       Not Guilty                      Guilty

*United States v. Morales*
Crim. No. 2014-54
Verdict Form
Page 2

**Count 2.**

    As to Count Two, theft from a program receiving federal funds, from on or about September 20, 2010, to on or about July 13, 2011, as charged in the Indictment, we find the defendant, Sherrymae Morales,



      X
  Not Guilty                    Guilty

**Count 3.**

    As to Count Three, wire fraud, on April 7, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,



    X
  Not Guilty                    Guilty

**Count 4.**

    As to Count Four, wire fraud, on April 21, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,



    X
  Not Guilty                    Guilty

**Count 5.**

    As to Count Five, wire fraud, on May 5, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,



    X
  Not Guilty                    Guilty

*United States v. Morales*
Crim. No. 2014-54
Verdict Form
Page 3

**Count 6.**

As to Count Six, wire fraud, on May 19, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,



      X
_____          _____
   Not Guilty                         Guilty

**Count 7.**

As to Count Seven, wire fraud, on June 2, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,



      X
_____          _____
   Not Guilty                         Guilty

**Count 8.**

As to Count Eight, wire fraud, on June 16, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,



      X
_____          _____
   Not Guilty                         Guilty

**Count 9.**

As to Count Nine, wire fraud, on June 30, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,



      X
_____          _____
   Not Guilty                         Guilty

*United States v. Morales*
Crim. No. 2014-54
Verdict Form
Page 4

**Count 10.**

> As to Count Ten, wire fraud, on July 14, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,



| _____X_____ | _____ |
|:---:|:---:|
| Not Guilty | Guilty |

**Count 11.**

> As to Count Eleven, wire fraud, on July 28, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,



| _____X_____ | _____ |
|:---:|:---:|
| Not Guilty | Guilty |

**Count 12.**

> As to Count Twelve, wire fraud, on August 11, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,



| _____X_____ | _____ |
|:---:|:---:|
| Not Guilty | Guilty |

**Count 13.**

> As to Count Thirteen, wire fraud, on August 25, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,



| _____X_____ | _____ |
|:---:|:---:|
| Not Guilty | Guilty |

Case: 3:14-cr-00054-CVG-RM   Document #: 91   Filed: 07/01/15   Page 5 of 11

*United States v. Morales*
Crim. No. 2014-54
Verdict Form
Page 5

**Count 14.**

As to Count Fourteen, wire fraud, on September 8, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,



    __X__              _____
  Not Guilty          Guilty

**Count 15.**

As to Count Fifteen, wire fraud, on September 22, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,



  _____           __X__
  Not Guilty          Guilty

**Count 16.**

As to Count Sixteen, wire fraud, on October 6, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,



  _____           __X__
  Not Guilty          Guilty

**Count 17.**

As to Count Seventeen, wire fraud, on October 20, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,

  _____           __X__
  Not Guilty          Guilty

*United States v. Morales*
Crim. No. 2014-54
Verdict Form
Page 6

**Count 18.**

As to Count Eighteen, wire fraud, on November 3, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,

| _____ | ____X____ |
|---|---|
| Not Guilty | Guilty |

**Count 19.**

As to Count Nineteen, wire fraud, on November 17, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,

| _____ | ____X____ |
|---|---|
| Not Guilty | Guilty |

**Count 20.**

As to Count Twenty, wire fraud, on December 1, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,

| _____ | ____X____ |
|---|---|
| Not Guilty | Guilty |

**Count 21.**

As to Count Twenty-One, wire fraud, on December 15, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,

| _____ | ____X____ |
|---|---|
| Not Guilty | Guilty |

Case: 3:14-cr-00054-CVG-RM Document #: 91 Filed: 07/01/15 Page 7 of 11

*United States v. Morales*
Crim. No. 2014-54
Verdict Form
Page 7

**Count 22.**

    As to Count Twenty-Two, wire fraud, on December 29, 2010, as charged in the Indictment, we find the defendant, Sherrymae Morales,

_____       __X_____
Not Guilty                       Guilty

**Count 23.**

    As to Count Twenty-Three, wire fraud, on January 12, 2011, as charged in the Indictment, we find the defendant, Sherrymae Morales,

_____       __X_____
Not Guilty                       Guilty

**Count 24.**

    As to Count Twenty-Four, wire fraud, on January 26, 2011, as charged in the Indictment, we find the defendant, Sherrymae Morales,

_____       __X_____
Not Guilty                       Guilty

**Count 25.**

    As to Count Twenty-Five, wire fraud, on February 9, 2011, as charged in the Indictment, we find the defendant, Sherrymae Morales,

_____       __X_____
Not Guilty                       Guilty

*United States v. Morales*
Crim. No. 2014-54
Verdict Form
Page 8

**Count 26.**

As to Count Twenty-Six, wire fraud, on February 23, 2011, as charged in the Indictment, we find the defendant, Sherrymae Morales,

_____          ____X_____
   Not Guilty                Guilty

**Count 27.**

As to Count Twenty-Seven, wire fraud, on March 9, 2011, as charged in the Indictment, we find the defendant, Sherrymae Morales,

_____          ____X_____
   Not Guilty                Guilty

**Count 28.**

As to Count Twenty-Eight, wire fraud, on March 23, 2011, as charged in the Indictment, we find the defendant, Sherrymae Morales,

_____          ____X_____
   Not Guilty                Guilty

**Count 29.**

As to Count Twenty-Nine, wire fraud, on April 6, 2011, as charged in the Indictment, we find the defendant, Sherrymae Morales,

_____          ____X_____
   Not Guilty                Guilty

*United States v. Morales*
Crim. No. 2014-54
Verdict Form
Page 9

**Count 30.**

As to Count Thirty, wire fraud, on April 20, 2011, as charged in the Indictment, we find the defendant, Sherrymae Morales,

_____          ___X_____
Not Guilty              Guilty

**Count 31.**

As to Count Thirty-One, wire fraud, on May 4, 2011, as charged in the Indictment, we find the defendant, Sherrymae Morales,

_____          ___X_____
Not Guilty              Guilty

**Count 32.**

As to Count Thirty-Two, wire fraud, on May 18, 2011, as charged in the Indictment, we find the defendant, Sherrymae Morales,

_____          ___X_____
Not Guilty              Guilty

**Count 33.**

As to Count Thirty-Three, wire fraud, on June 1, 2011, as charged in the Indictment, we find the defendant, Sherrymae Morales,

_____          ___X_____
Not Guilty              Guilty

Case: 3:14-cr-00054-CVG-RM Document #: 91 Filed: 07/01/15 Page 10 of 11

*United States v. Morales*
Crim. No. 2014-54
Verdict Form
Page 10

**Count 34.**

As to Count Thirty-Four, wire fraud, on June 15, 2011, as charged in the Indictment, we find the defendant, Sherrymae Morales,

_____            ___X_____
   Not Guilty                  Guilty

**Count 35.**

As to Count Thirty-Five, wire fraud, on June 29, 2011, as charged in the Indictment, we find the defendant, Sherrymae Morales,

_____            ___X_____
   Not Guilty                  Guilty

**Count 36.**

As to Count Thirty-Six, wire fraud, on July 13, 2011, as charged in the Indictment, we find the defendant, Sherrymae Morales,

___X_____            _____
   Not Guilty                  Guilty

*United States v. Morales*
Crim. No. 2014-54
Verdict Form
Page 11

_Mary P Tropiter_     _S. Jm_

_Calvin Nisbett_      _Francisca Reyes_

_Yaminah Alexander_   _Najima Doctrove_

_Juan Garcia_         _Sylvia Robinson_

_[signature]_         _Carmen Santos_

_Nichole Carol Miller_  _[signature]_
Foreperson

DATED this __1st__ day of July, 2015.