```
                    DISTRICT COURT OF THE VIRGIN ISLANDS
                           DIVISION OF ST. CROIX


UNITED STATES,                    . Criminal Number: 2014-54
                                  .
         Vs.                      .
                                  . 5500 Veterans Drive, Third Floor
                                  . St. Thomas, USVI 00802
SHERRYMAE MORALES,                .
                                  .
                                  . April 15, 2015
. . . . . . . . . . . . . . . . .


                       TRANSCRIPT OF PRETRIAL CONFERENCE
                         BEFORE HONORABLE RUTH MILLER
                        UNITED STATES MAGISTRATE JUDGE
APPEARANCES:

For the United States      UNITED STATES ATTORNEY
                           BY:  EVERARD E. POTTER, ESQ.
                           Ron De Lugo Federal Building
                           5500 Veterans Drive, Suite 260
                           St. Thomas, VI 00802

For the Defendant          OFFICE OF THE FEDERAL PUBLIC
                             DEFENDER
                           By:  GABRIEL J. VILLEGAS, ESQ.
                           1803 Kongens Gade
                           St. Thomas, VI 00802-6746
```

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

___

**TRACY GRIBBEN TRANSCRIPTION, LLC**
**859 Nutswamp Road**
**Red Bank, NJ 07701**
**(732) 263-0044    Fax No. (732) 865-7179**
**(800) 603-6212**
**www.tgribbentranscription.com**
**Email: Tracy@tgribbentranscription.com**

                              Colloquy                           2

1            COURT CLERK:  USA versus Sherrymae Morales, criminal
2    number 2014-54.
3            MR. POTTER:  Good morning, Your Honor, Everard Potter
4    for the United States.
5            THE COURT:  Good morning.
6            MR. VILLEGAS:  Good morning again, Judge.  Gabriel
7    Villegas on behalf of Ms. Morales.
8            THE COURT: Good morning.  All right.  This one was
9    on for pretrial conference.  Trial is scheduled for May 26th,
10   2015.  I know you're sort of new to the case, Mr. Villegas, or
11   you've been in and out of the case so to speak.
12           MR. VILLEGAS:  Yes, Judge.  We would ask that you
13   reconsider that date.  I looked, just skimmed over the
14   discovery this morning to see how much work was going to be,
15   there's about 400 pages.  It's an interesting case, what the
16   Court would consider a white collar case and I feel like we
17   need to put in the time to interview several witnesses.
18   Fortunately, they're local back and forth between here and St.
19   Croix.  But Omadare Jupiter, the FPD is going to take the lead
20   on this case and so we are asking for a new trial date.  And
21   I'll certainly file a motion if I need to but I think the trial
22   dates have been extended in the past.  I know Ms. Morales will
23   certainly sign any additional waivers that the Court might
24   require.
25           We would prefer a late June trial date if at all

Colloquy                                                        3

1  possible, give us equivalent of I guess 60 days to adequately
2  prepare a defense.
3              THE COURT:  All right.  I can't really change it
4  right now on my own without having a chat with Judge Gomez
5  about it.  My recommendation is to file something brief that
6  suggests because you're new in the case and Attorney Jupiter is
7  going to be taking the lead that you would appreciate the extra
8  time.
9              MR. VILLEGAS:  Okay.  I will, Judge.
10             THE COURT:  Does she have a waiver on file?
11             MR. VILLEGAS:  I don't know, Judge.  I believe she
12 does because I think this has been extended for some time.
13             THE COURT:  Do you know, Attorney Potter?
14             MR. POTTER:  I think there is a waiver up to May, I
15 want to say about May 15th, Judge.
16             THE COURT:  The case is already set for May 26th so
17 maybe that's something to consider then.
18             MR. VILLEGAS:  We will.
19             THE COURT:  Give yourself as much time as you need.
20             MR. VILLEGAS:  Thank you, Judge.
21             THE COURT:  All right. Anything else that we can do
22 with Ms. Morales' case?
23             MR. POTTER:  Nothing from the Government, Your Honor.
24             MR. VILLEGAS:  No, Your Honor.
25             THE COURT:  You've got all the discovery.  It has

1  gotten to you?
2          MR. VILLEGAS:  As long as it ends at 391, I think was
3  the end of the documents.
4          THE COURT:  All right.  Very good.
5          MR. POTTER:  Yes, Judge.
6          THE COURT:  Thank you.
7                         *       *       *
8                          CERTIFICATION
9          I, TRACY GRIBBEN, court approved transcriber, certify
10 that the foregoing is a correct transcript from the official
11 digital audio recording of the proceedings in the
12 above-entitled matter.
13
14 /s/ TRACY GRIBBEN
15
16 TRACY GRIBBEN TRANSCRIPTION, LLC   Date: October 26, 2015
17
18
19
20
21
22
23
24
25